No. 90–6669.   Zink v. California State Board of Equalization.   Ct. App. Cal., 2d App. Dist.   Motion of petitioner for reconsideration of denial of motion for leave to proceed *in forma pauperis* [*ante*, p. 903] denied.

No. 90–7536.   In re Adams.   Petition for writ of habeas corpus denied.

No. 90–6890.   In re Lopez; and
No. 90–7128.   In re Brown.   Petitions for writs of mandamus denied.

No. 90–7117.   In re Silverburg.   Petition for writ of mandamus and/or prohibition denied.

No. 90–1156.   New Orleans Public Service Inc. v. Council of the City of New Orleans et al.   C. A. 5th Cir.   Certiorari granted.

No. 90–727.   Holmes v. Securities Investor Protection Corporation et al.   C. A. 9th Cir.   Certiorari granted limited to Question 1 presented by the petition.

No. 90–1124.   Jacobson v. United States.   C. A. 8th Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 90–6861.   McCarthy v. Madigan et al.   C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 89–1927.   United States v. Resolution Trust Corporation.   C. A. 5th Cir.   Certiorari denied.

No. 89–1928.   Commissioner of Internal Revenue v. San Antonio Savings Assn. et al. (Resolution Trust Corporation, Receiver).   C. A. 5th Cir.   Certiorari denied.

No. 89–1987.   Commissioner of Internal Revenue v. Federal National Mortgage Assn.   C. A. D. C. Cir.   Certiorari denied.